# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BUFFA, <br>               Plaintiff, <br>     v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br>               Defendant. | Case No. CV 14-5832-JEM <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: March 31, 2015

                                                       */s/ John E. McDermott* <br>
                                                       JOHN E. MCDERMOTT <br>
                                          UNITED STATES MAGISTRATE JUDGE